UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT COTTE

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

ROBERT COTTE

    Respondent(s)

CHAPTER 13

CASE NO: 5-13-00362-JJT

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on October 5, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on May 23, 2013.

2. A Confirmation hearing was held and an Order was entered on August 9, 2016 directing that an amended plan be filed within forty-five (45) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

    Respectfully submitted,

    s/ Agatha R. McHale, Esq.
    Attorney for Trustee
    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    Ste. A, 8125 Adams Drive
    Hummelstown, PA 17036
    717-566-6097

IN RE:   ROBERT  COTTE

                             CHAPTER 13

            Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE           CASE NO: 5-13-00362-JJT

            Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date:    November 15, 2016<br><br>Time:    09:30 AM |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before: *October 22, 2016.*

If you file and serve an objection/response within the time permitted, a hearing will be held at the above specified date, time and location.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                                                         Charles J. DeHart, III, Trustee
                                                         8125 Adams Drive, Suite A
                                                         Hummelstown, PA  17036
                                                          Phone:  (717) 566-6097

Dated:  October 5, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ROBERT  COTTE                                        CHAPTER 13

                                                              CASE NO: 5-13-00362-JJT
Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

## CERTIFICATE OF SERVICE

AND NOW, on October 5, 2016, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

VERN S. LAZAROFF, ESQUIRE
143 PIKE STREET
P.O. BOX 1108
PORT JERVIS, NY  12771-

ROBERT  COTTE
88 POCONO MOUNTAIN LAKE ESTATES
BUSHKILL, PA  18324

                                        Respectfully Submitted,
                                        s/   Vickie Williams
                                        for Charles J. DeHart, III, Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097

Dated:  October 5, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT COTTE

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

ROBERT COTTE

    Respondent(s)

CHAPTER 13

CASE NO: 5-13-00362-JJT

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby

ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.