UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT COTTE

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

ROBERT COTTE

CASE NO: 5-13-00362-JJT

    Respondent(s)

# WITHDRAWAL OF MOTION TO DISMISS

AND NOW, on October 27, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Motion to Dismiss for

- FAILURE TO PRESENT A CONFIRMABLE PLAN

filed on or about October 5, 2016 be withdrawn. The default has been cured.

    Respectfully Submitted,
    /s/ Charles J. DeHart, III
    Charles J. DeHart, III, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    Phone: (717) 566-6097

Dated: October 27, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ROBERT COTTE

                    Debtor(s)

CHARLES J. DEHART, III                    CHAPTER 13
CHAPTER 13 TRUSTEE
                    Movant

ROBERT COTTE                              CASE NO: 5-13-00362-JJT

                    Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Attorney for the Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on October 27, 2016.

I hereby certify that if Debtor is not represented by counsel, Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the address below on October 27, 2016.

ROBERT COTTE
88 POCONO MOUNTAIN LAKE ESTATES
BUSHKILL, PA 18324

VERN S. LAZAROFF, ESQUIRE
143 PIKE STREET
P.O. BOX 1108
PORT JERVIS, NY 12771-

Respectfully Submitted,
/s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 27, 2016