# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Robert Cotte  
       <u>Debtor(s)</u>

BKY. NO. 13-00362 JJT

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PennyMac Mortgage Investment Trust Holdings I, LLC by PennyMac Loan Services, LLC, its servicing agent, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8288

          Respectfully submitted,

          **/s/ Thomas Puleo**  
          Thomas Puleo, Esquire  
          James C. Warmbrodt, Esquire  
          KML Law Group, P.C.  
          701 Market Street, Suite 5000  
          Philadelphia, PA 19106-1532  
          (215) 825-6306  FAX (215) 825-6406  
          Attorney for Movant/Applicant