```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 13-00362-JJT
Robert Cotte                                                        Chapter 13
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-5           User: AGarner                Page 1 of 2          Date Rcvd: May 09, 2018
                               Form ID: 3180W               Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
db              Robert Cotte,    88 Pocono Mountain Lake Estates,    Bushkill, PA 18324
4312636        +Berkheimer Associates, agent for Lehman Twp,    & East Stroudsburg ASD,
                 50 North Seventh Street,    Bangor, PA 18013-1731
4250960        +Con Ed of NY,    Van Ru Credit,   10024 Skokie Blvd,    Skokie, IL 60077-9944
4250964         Eleanor M. Williams,    88 Pocono Mountain Lake Estates,    Bushkill, PA 18324
4258916        +FORD MOTOR CREDIT COMPANY,    C/O SKLAR ~ MARKIND,    102 BROWNING LANE,    BLDG G, SUITE 1,
                 CHERRY HILL NJ 08003-3195
4250967        +HSBC,   c/o Commonwealth Financial,    120 N. Keyser Ave,    Scranton, PA 18504-9701
4250969         HSBC Card Services,    PO Box 71104,   Charlotte, NC 28272-1104
4250970        +National Credit & Adjustors,    327 W. 4th Street,    Hutchinson, KS 67501-4842
4250973         PNC Mortgage,    PO Box 1820,   Dayton, OH 45401-1820
4260832        +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
4250971         PennyMac Loan Services, LLC,    PO Box 660929,   Dallas, TX 75266-0929
4250972        +Pike County Probation Dept,    506 Broad Street,    Milford, PA 18337-1539
4250975         Roseann E Vanwhy,    RR2 Box 123,   Bushkill, PA 18324
4250976        +T-Mobile,    15 Union St,   Lawrence, MA 01840-1866
4250977        +Vacation Charters LTD,    PO Box 647,   Lake Harmony, PA 18624-0647

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4254460         EDI: AIS.COM May 09 2018 23:08:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK 73124-8848
4250958         EDI: CBCSI.COM May 09 2018 23:08:00      Applied Card Bank,    c/o CBCS,   PO Box 1810,
                 Columbus, OH 43216-1810
4250959        +EDI: CAPITALONE.COM May 09 2018 23:03:00      Capital One,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
4264947         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2018 19:17:35
                 Commonwealth of Pennsylvania Department of Revenue,    PO Box 280946,    Bankruptcy Division,
                 Harrisburg, PA 17128-0946
4276101        +EDI: CRFRSTNA.COM May 09 2018 23:03:00      Credit First NA,    Po Box 818011,
                 Cleveland,OH 44181-8011
4250961         EDI: CRFRSTNA.COM May 09 2018 23:03:00      Credit First NA/Firestone,    PO Box 81083,
                 Cleveland, OH 44181
4250962         EDI: RCSFNBMARIN.COM May 09 2018 23:03:00      Credit One Bank,    PO Box 60500,
                 City Of Industry, CA 91716-0500
4250966         EDI: FORD.COM May 09 2018 23:08:00      Ford Motor Credit Corporation,
                 National Bankruptcy Center,    Po Box 537901,   Livonia, MI 48153
4250965         EDI: AMINFOFP.COM May 09 2018 23:09:00      First Premier Bank,    PO Box 5519,
                 Sioux Falls, SD 57117-5519
4250968        +EDI: HFC.COM May 09 2018 23:03:00      HSBC Card Services,    ATTN: Bankruptcy,   PO Box 5213,
                 Carol Stream, IL 60197-5213
4321000         EDI: RESURGENT.COM May 09 2018 23:09:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4309282         E-mail/Text: bankruptcynotice@nymcu.org May 09 2018 19:18:05      MUNICIPAL CREDIT UNION,
                 LOSS PREVENTION/COLLECTIONS DEPT.,    22 CORTLANDT STREET 24 FL,    NEW YORK, NY 10007
4324360         EDI: PRA.COM May 09 2018 23:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4285062        +E-mail/Text: csidl@sbcglobal.net May 09 2018 19:18:06      Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
4250974        +E-mail/Text: egssupportservices@alorica.com May 09 2018 19:17:58      Progressive Insurance,
                 c/o NCO Financial,    507 Prudential Road,   Horsham, PA 19044-2308
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
4250963       ##+Creditech,    PO Box 130,   Bangor, PA 18013-0130
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:

    Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
    Joshua I Goldman    on behalf of Creditor    PennyMac Mortgage Investment Trust Holdings I, LLC by PennyMac Loan Services, LLC bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
    Leslie J Rase    on behalf of Creditor    PennyMac Holdings, LLC fka PennyMac Mortgage Investment Trust Holdings I, LLC, by PennyMac Loan Services, LLC, its Servicing Agent pabk@logs.com, lerase@logs.com
    Leslie J Rase    on behalf of Creditor    PennyMac Loan Services, LLC pabk@logs.com, lerase@logs.com
    Thomas I Puleo    on behalf of Creditor    PennyMac Mortgage Investment Trust Holdings I, LLC by PennyMac Loan Services, LLC tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
    Vern S. Lazaroff    on behalf of Debtor 1 Robert  Cotte pabankruptcy@vernlazaroff.com, r39899@notify.bestcase.com
    William Edward Miller    on behalf of Creditor    PennyMac Holdings, LLC fka PennyMac Mortgage Investment Trust Holdings I, LLC, by PennyMac Loan Services, LLC, its Servicing Agent wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com

                                                                       TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert Cotte** | Social Security number or ITIN **xxx–xx–6129** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **5:13–bk–00362–JJT** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Cotte

**By the court:**

May 9, 2018

Honorable John J. Thomas
United States Bankruptcy Judge

By: AGarner, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                          **Chapter 13 Discharge**                          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**