```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                        Case No. 13-00362-JJT
Robert Cotte                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AGarner      Page 1 of 1      Date Rcvd: Aug 15, 2018
                         Form ID: fnldec      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.
db          Robert Cotte,    88 Pocono Mountain Lake Estates,    Bushkill, PA   18324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:
           Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
           Joshua I Goldman    on behalf of Creditor    PennyMac Mortgage Investment Trust Holdings I, LLC by
            PennyMac Loan Services, LLC bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Leslie J Rase    on behalf of Creditor    PennyMac Holdings, LLC fka PennyMac Mortgage Investment
            Trust Holdings I, LLC, by PennyMac Loan Services, LLC, its Servicing Agent pabk@logs.com,
            lerase@logs.com
           Leslie J Rase    on behalf of Creditor    PennyMac Loan Services, LLC pabk@logs.com,
            lerase@logs.com
           Thomas I Puleo    on behalf of Creditor    PennyMac Mortgage Investment Trust Holdings I, LLC by
            PennyMac Loan Services, LLC tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
           Vern S. Lazaroff    on behalf of Debtor 1 Robert  Cotte pabankruptcy@vernlazaroff.com,
            r39899@notify.bestcase.com
           William Edward Miller    on behalf of Creditor    PennyMac Holdings, LLC fka PennyMac Mortgage
            Investment Trust Holdings I, LLC, by PennyMac Loan Services, LLC, its Servicing Agent
            wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                                             TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Cotte,                    Chapter     13

**Debtor 1**
                                 Case No.    5:13−bk−00362−JJT

Social Security No.:
                    xxx−xx−6129

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: August 15, 2018                    By the Court,

                                          Honorable John J. Thomas
                                          United States Bankruptcy Judge
                                          By: AGarner, Deputy Clerk

**fnldec** (05/18)